McGREGOR W. SCOTT
United States Attorney
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:19-po-00167-JLT |
|---|---|
| Plaintiff, | [Citation #7055813] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| FARHAD DAVOYDZADEH, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Tiffany J.E. Johnson, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00167-JLT [Citation #7055813] against FARHAD DAVOYDZADEH, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 21, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: *signature*
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney

1

U.S. v. Davoydzadeh
Case No. 5:19-po-00167-JLT

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 5:19-po-00167-JLT [Citation #7055813] against FARHAD DAVOYDZADEH be dismissed, without prejudice, in the interest of justice.

DATED: November 22, 2019

*/s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE